# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-666-FDW-DCK

| | |
|---|---|
| TARYN MILLER, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| UNION COUNTY PUBLIC SCHOOLS; and JANICE BURNS, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding discovery and scheduling concerns. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Pursuant to the "Case Management Order," the undersigned held a telephone conference on March 21, 2018, regarding a discovery dispute. See (Document No. 32, pp.4-5). The undersigned advised counsel for the parties that all the discovery requests discussed during the call relate to discoverable information that Plaintiff must produce. Plaintiff's counsel was further advised that the Court would allow a brief extension of time to supplement responses to Defendant's discovery requests. Plaintiff is respectfully advised that failure to provide complete and timely responses may lead to sanctions, including the dismissal of her lawsuit.

To the extent Plaintiff fails to timely supplement her discovery responses as directed herein, Defendant may file a motion to compel, unless the parties otherwise stipulate. Noting that the discovery deadline has passed, the undersigned reminded counsel that the "Case Management Order" pre-authorizes the parties to stipulate to discovery beyond the discovery completion

deadline, subject to certain requirements and limitations identified in the "Case Management Order." See (Document No. 32, p.2).

The parties are encouraged to work together to swiftly and efficiently complete discovery. At this stage of the litigation, it is unlikely the Court will allow any additional extensions of any deadlines.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Notice identifying their chosen mediator and mediation date on or before **March 26, 2018**. A report on the results of mediation shall be filed on or before **April 3, 2018**. (Document No. 32, p.5).

**IT IS FURTHER ORDERED** that Plaintiff shall supplement her discovery responses on or before **March 30, 2018**.

**SO ORDERED**.

Signed: March 21, 2018

David C. Keesler
United States Magistrate Judge