# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-666-FDW-DCK

| | |
|---|---|
| TARYN MILLER, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| UNION COUNTY PUBLIC SCHOOLS; and JANICE BURNS, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Carl Horn, III, filed a "Report Of Mediation" (Document No. 46) notifying the Court that the parties reached a settlement on March 28, 2018. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **May 2, 2018**.

Signed: April 3, 2018

David C. Keesler
United States Magistrate Judge